AO450 (Rev. 5/85) Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF

| | |
|---|---|
| MICHAEL BONBON | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| ELITE GUARDIAN SOLUTIONS, LLC | Case Number:    17-CV-10275-ADB |

**X  Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**Judgment in favor of the defendant.**

10-1-19
Date

ROBERT M. FARRELL
Clerk

*Karen Folan* (signature)
(By) Deputy Clerk